IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COURT FILE NO.: _____

Marisa Baxter,

    Plaintiff

v.

Enhanced Recovery Company LLC,

    Defendant

_____

**COMPLAINT AND JURY DEMAND**
_____

**NATURE OF ACTION**

1.    This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

**JURISDICTION AND VENUE**

2.    This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.    Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, (where Plaintiff resides in this district), and/or where Defendant transacts business in this district.

## PARTIES

4. Plaintiff, Marisa Baxter ("Plaintiff"), is a natural person who at all relevant times resided in the State of Colorado, County of Boulder, and City of Longmont.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, Enhanced Recovery Company LLC ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.  Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another

11. In connection with collection of an alleged debt in default, Defendant began

placing telephone calls to Plaintiff at Plaintiff's place of employment in early 2011 requesting that a "Sarocha Hogan" or "Socha Hogan" return the call regarding "an important business matter" related to reference number 52958761.

12.     In response, Plaintiff sent Defendant written correspondence dated June 18, 2011 via certified mail in which Plaintiff informed Defendant she did not know the person for whom Defendant was calling and demanded that Defendant cease and desist any further collection contacts with Plaintiff at Plaintiff's place of employment.

13.     Defendant received Plaintiff's demand to cease and desist from such communications on June 23, 2011 at 9:26 A.M.

14.     Despite receipt of Plaintiff's demand to cease all collection contacts, Defendant again called Plaintiff at Plaintiff's place of employment on July 21, 2011 at 8:23 A.M., and at such time, left the following voicemail message:

> "Hello. This message is for Sarocha Hogan. If you are not this person, please delete this message, as it is not for you. This is Chelsea with Enhanced Recovery Company. We are a collection agency attempting to collect a debt. And any information obtained will be used for that purpose. Please contact me about this important business matter at 800-496-0748 or visit www.payerc.com and provide the following reference number 52958761."

15.     Despite receipt of Plaintiff's demand to cease all collection contacts, Defendant called Plaintiff at Plaintiff's place of employment yet again on August 2, 2011 at 11:59 A.M., and at such time, left the following voicemail message:

> "Hello. This message is for Vincent Avida. If you are not this person, please delete this message, as it is not for you. This is Bob with Enhanced Recovery Company. We are a collection agency attempting to collect a debt. And any information obtained will be used for that purpose. Please contact me about this important

business matter at 800-373-1577 or visit www.payerc.com and provide the following reference number 29328331."

16. Despite receipt of Plaintiff's demand to cease all collection contacts, Defendant called Plaintiff at Plaintiff's place of employment yet again on August 8, 2011 at 8:52 A.M., and at such time, left the following voicemail message:

"Hello.  This message is for Socha Hogan. If you are not this person, please delete this message, as it is not for you.  This is Bob with Enhanced Recovery Company.  We are a collection agency attempting to collect a debt.  And any information obtained will be used for that purpose.  Please contact me about this important business matter at 800-496-0748 or visit www.payerc.com and provide the following reference number 52958761."

17. Despite receipt of Plaintiff's demand to cease all collection contacts, Defendant called Plaintiff at Plaintiff's place of employment yet again on August 24, 2011 at 8:24 A.M., and at such time, left the following voicemail message:

"Hello.  This message is for Socha Hogan. If you are not this person, please delete this message, as it is not for you.  This is Bob with Enhanced Recovery Company.  We are a collection agency attempting to collect a debt.  And any information obtained will be used for that purpose.  Please contact me about this important business matter at 800-496-0748 or visit www.payerc.com and provide the following reference number 52958761."

18. Despite receipt of Plaintiff's demand to cease all collection contacts, Defendant called Plaintiff at Plaintiff's place of employment yet again on August 29, 2011 at 11:06 A.M., and at such time, left the following voicemail message:

"Hello.  This message is for Vincent Avida.  If you are not this person, please delete this message, as it is not for you.  This is Bob with Enhanced Recovery Company.  We are a collection agency attempting to collect a debt.  And any information obtained will be used for that purpose.  Please contact me about this important business matter at 800-373-1577 or visit www.payerc.com and

provide the following reference number 29328331."

19. On August 29, 2011, Plaintiff sent Defendant written correspondence to again demand Defendant cease and desist all collection contacts to Plaintiff at Plaintiff's place of employment and inform Defendant that she did not know the people Defendant was attempting to contact.

20. Defendant's actions constitute conduct highly offensive to a reasonable person, and as a result of Defendant's behavior Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental aguish and/or emotional distress.

## COUNT I
## VIOLATION OF 15 U.S.C. § 1692d(5)

21. Plaintiff repeats and re-alleges each and every allegation contained above.

22. Defendant violated 15 U.S.C. § 1692d(5) by causing Plaintiff's telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff after receiving notice from Plaintiff that Defendant had the wrong number and a demand to cease and desist all collection contacts to Plaintiff's place of employment.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1692d(5);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this

      action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT II
## VIOLATION OF 15 U.S.C. § 1692e(2)(A)

23. Plaintiff repeats and re-alleges each and every allegation contained above.

24. Defendant violated 15 U.S.C. § 1692e(2)(A) by continuing to contact Plaintiff after receiving notice that the number Defendant was calling was to Plaintiff, and as such, Defendant falsely representing the character, amount, or legal status of Plaintiff's debt.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1692e(2)(A);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and

proper.

## COUNT III
## VIOLATION OF 15 U.S.C. § 1692c(c)

25. Plaintiff repeats and re-alleges each and every allegation contained above.

26. In the alternative, Defendant violated 15 U.S.C. § 1692c(c) by communicating with Plaintiff after having received a letter from Plaintiff with a request to cease and desist all collection contacts or a statement that Plaintiff refuses to pay the debt.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated 15 U.S.C. § 1692c(c);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

Plaintiff is entitled to and hereby demands a trial by jury.

        **Respectfully submitted,**

**December 19, 2011**        <u>**/s/ Craig J. Ehrlich**</u>
        **Craig J. Ehrlich**
        **Weisberg & Meyers LLC**
        **5025 N. Central Ave., #602**
        **Phoenix, AZ 85012**
        **Telephone: (602) 445 9819**
        **Facsimile: (866) 565 1327**
        **Email: [CEhrlich@AttorneysForConsumers.com](mailto:CEhrlich@AttorneysForConsumers.com)**