**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.:** 1:11-cv-03326-JLK

Marisa Baxter,

    Plaintiff

v.

Enhanced Recovery Company LLC,

    Defendant

_____

**NOTICE OF SETTLEMENT**

_____

    **NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

    Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

    Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

                                     **Respectfully submitted,**

**February 29, 2012**               **/s/ Craig J. Ehrlich**
                                         **Craig J. Ehrlich**
                                         **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on February 29, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court.


By: s/Dana Patch
     Dana Patch