**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.:** 1:11-cv-03326-JLK

Marisa Baxter,

    Plaintiff

v.

Enhanced Recovery Company LLC,

    Defendant
_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, notice is given that Plaintiff hereby files with the Clerk of the District Court of Colorado, Plaintiff's Dismissal of this Case With Prejudice.

                                            Respectfully submitted,

March 8, 2012                        /s/ Craig J. Ehrlich
                                            Craig J. Ehrlich
                                            Weisberg & Meyers LLC
                                            5025 N. Central Ave., #602
                                            Phoenix, AZ 85012
                                            Telephone: (602) 445 9819
                                            Cehrilch@AttorneysForConsumers.com

**CERTIFICATE OF SERVICE**

I certify that on March 8, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Colorado, using the electronic case filing system of the court.


By: s/Dana Patch
      Dana Patch